

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

~~XXXXXXXXXXXXXXXX~~
**ATTORNEY GENERAL**

AUSTIN 11, TEXAS

Hon. George W. Cox
State Health Officer
Texas State Board of Health
Austin, Texas

Opinion No. O-5720
Re: Whether criminal prose-
cution can be had under Ar-
ticle 165-3, V.A.C.S.

Dear Sir:

We have your letter reading as follows:

"A question has arisen concerning the prosecu-
tion of cases under Article 165-3 Revised Civil
Statutes of Texas, which is commonly referred to as
the Texas Milk Grading and Labeling Law.

"It will be noted that Section 8 of this Stat-
ute provides for a penalty by fine in an amount not
less than $25.00 and not more than $200.00. How-
ever, a similar statute is not found in the Penal
Code defining such acts as a violation.

"Therefore, I would like to know whether or not
the State Department of Health may file a criminal
complaint and prosecute such case under Article 165-
3 Revised Civil Statutes of Texas."

Section 8 of Article 165-3, Vernon's Annotated Civil
Statutes, provides that whoever violates any provisions of the
Act referred to in your letter shall be subject to a fine and
that each violation shall constitute a separate offense. It
makes no difference that this regulatory Act is not carried
forward and incorporated in the penal statutes. Violations of
its terms are nevertheless punishable as criminal offenses and
your department is authorized to file criminal complaints
against offenders and prosecute the same.

APPROVED DEC 15, 1943
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS
APPROVED: OPINION COMMITTEE
BY:      BWB, CHAIRMAN
EH:db:wb

Yours very truly
ATTORNEY GENERAL OF TEXAS
By /s/ Elbert Hooper
Elbert Hooper, Assistant